**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

FILED
Jan 9  2 34 PM '04

CTDC(nhct)
01-cv-371
Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the twenty-ninth day of December two thousand three.

---

Edwards

v.

Guillet



USCA # 01-0130

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is

**ORDERED** that the appeal be, and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: Frank Perez
Deputy Clerk, USCA

**PLEASE REFER TO THIS COURT'S
DOCKET NUMBER IN ALL MATTERS**

schdflt_frm
sch/dflt/f

CERTIFIED:   DEC 29 2003

TRUE COPY
B. MacKechnie, Clerk